# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Herman Buggs Jr        **Repayment Agreement and Order**        No: 1:24-CR-00005-005

---

On May 13, 2025, Herman Buggs Jr was sentenced to time served, followed by a 24-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Buggs. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:

1.      As a result of the judgment entered against me on May 13, 2025, I have been ordered to pay a total restitution of $16,788.14 and a special assessment of $100.00.

2.      On May 14, 2025, I began my service of 24 months of supervised release. The mandatory assessment was satisfied on June 4, 2025. The current balance of my restitution is $6,452.65.

3.      After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 9th day of July 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $900.00 per month during the term of supervision.

_Herman Buggs Jr_ _____   _7/10/26_ _____
Herman Buggs Jr                                              Date

_____   07/12/2026
Desmond A. Phillips, U.S. Probation Officer        Date
**s/Barbara G. Parker**                                **7/13/2026**
_____   _____
Assistant U.S. Attorney                                 Date

---

THE COURT ORDERS:

[X] Approval    [ ] Disapproval

_Leslie Abrams Gardner_ _____
Leslie Abrams Gardner
Chief U.S. District Judge

_____ July 15, 2026 _____
Date